FLN (Rev. 4/2004) Deficiency Order                                                                                           Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMANDA MICHELLE NIX

      vs                                               Case No. 3:10CV303/MCR/MD

ROLLING HILLS MANAGEMENT GROUP LLC
et al

## ORDER

Defendant's **"Answer of Defendants Rolling Hills Management Group LLC and South Palafox Properties LLC,"** received on December 7, 2010 was referred to the undersigned with the following deficiencies:

> A corporation is an artificial entity which cannot appear *pro se* in legal proceedings but must be represented by counsel.  *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-03, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993).

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 8th day of December, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE