IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA MICHELLE NIX,
    Plaintiff,

v.
                              3:10cv303/MCR/CJK

ROLLING HILLS MANAGEMENT
GROUP, LLC, SOUTH PALAFOX
PROPERTIES, LLC and EDWARD
CROWN,
    Defendants.

## REPORT AND RECOMMENDATION

The parties have filed a Joint Motion for Dismissal (doc. 48) requesting entry of an order dismissing all claims in this matter, with prejudice, on the grounds that the parties have reached an amicable compromise.

Accordingly, it is respectfully RECOMMENDED:

1. That the parties' Joint Motion for Dismissal (doc. 48) be GRANTED.

2. That all claims in this matter be DISMISSED WITH PREJUDICE pursuant to the parties' agreement.

3. That the clerk be directed to close the file

At Pensacola, Florida this 15th day of March, 2012.

/s/ Charles J. Kahn, Jr.
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE