## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**AMANDA MICHELLE NIX,**

      **Plaintiff,**

**v.**                                   **Case No.   3:10cv303/MCR/CJK**

**ROLLING HILLS MANAGEMENT
GROUP, LLC, et al.,**

      **Defendants.**

_____/

## <u>ORDER</u>

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 15, 2012 (doc. 49).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.      The parties' Joint Motion for Dismissal (doc. 48) is GRANTED.

      3.      All claims in this matter are DISMISSED WITH PREJUDICE  pursuant to the parties' agreement.

4.      The clerk is directed to close the file.

DONE AND ORDERED this 19th day of April, 2012.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**